IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICHARD MCGHEE, et al.          :

                        :

   v.                              :   Civil Action No. DKC 12-3072

                        :

JP MORGAN CHASE BANK, N.A.,
    et al.                       :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 20th day of August, 2013, by the United States District Court for the District of Maryland, ORDERED that:

    1.   The motions to dismiss filed by Defendants JP Morgan Chase Bank, N.A., and Mortgage Electronic Registration Systems, Inc., (ECF No. 9); Kondaur Capital Corporation (ECF No. 5), Signature Group Holdings, Inc., (ECF No. 4); Fulton Bank, N.A. (ECF No. 7); Shapiro & Burson, L.L.P. (ECF No. 3); and BWW Law Group, L.L.C. (ECF No. 15) BE, and the same hereby ARE, GRANTED;

    2.   The complaint filed by Plaintiffs Richard McGhee and Jacqueline McGhee (ECF No. 1) BE, and the same hereby IS, DISMISSED; and

3. The clerk will transmit copies of the foregoing memorandum opinion and this Order to counsel for the parties and CLOSE this case.

                                              /s/
DEBORAH K. CHASANOW
United States District Judge